IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JOHN MICHAEL BARNETT,

        Plaintiff,

v.                        CIVIL ACTION NO. 3:23-578

WEXFORD HEALTH,

        Defendant.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Application to Proceed Without Prepayment of Fees and Costs be denied, as it is incomplete; the complaint be dismissed, without prejudice; and this action be removed from the docket of the court. No objections to the Magistrate Judge's findings and recommendations have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **ORDERS** that the Application to Proceed Without Prepayment of Fees and Costs be **DENIED**, as it is incomplete; the complaint be **DISMISSED**, without prejudice; and this action be **REMOVED** from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER:   January 2, 2024

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE